IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVED KHAN, | Case No. 12-cv-01628 NC |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al. | Re: Dkt. No. 20 |
| Defendants. | |

The Court having received plaintiff's notice of voluntary dismissal, plaintiff's suit is dismissed with prejudice under Fed. R. Civ. P. 41(a)(2), with each side to bear its own costs and attorneys' fees.

All pending motions are denied as moot. The clerk of court is ordered to terminate this case.

**IT IS SO ORDERED.**

Dated: February 14, 2013

                                    _____
                                    NATHANAEL COUSINS
                                    United States Magistrate Judge