# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVED KHAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al.<br><br>Defendants. | Case No. 12-cv-01628 NC<br><br>**ORDER DISMISSING ACTION**<br><br>Re: Dkt. No. 20 |

The Court having received plaintiff's notice of voluntary dismissal, plaintiff's suit is dismissed with prejudice under Fed. R. Civ. P. 41(a)(2), with each side to bear its own costs and attorneys' fees.

All pending motions are denied as moot. The clerk of court is ordered to terminate this case.

**IT IS SO ORDERED.**

Dated: February 14, 2013

_____
NATHANAEL COUSINS
United States Magistrate Judge

Case No. 12-cv-01628 NC
ORDER DISMISSING ACTION